UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20410-CR-DPG

UNITED STATES OF AMERICA

v.

TRAVION COLLIE,

      Defendant.

_____/

## ORDER

This cause comes before the Court on the Government's Motion to Compel Fingerprints of Defendant Travion Collie. The Court has considered the pertinent portions of the record, and, being otherwise fully advised, it is

ORDERED AND ADJUDGED the Motion is GRANTED.

DONE AND ORDERED in Miami, Florida, this 15th day of April 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record